# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DALE PROGRESS LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| AMERICAN HONDA MOTOR CO., INC., | § | **CIVIL ACTION NO. 2:18-CV-00471-JRG** |
| | § | (Lead Case) |
| | § | |
| MERCEDES-BENZ USA, LLC, | § | **CIVIL ACTION NO. 2:18-CV-00472-JRG** |
| | § | (Member Case) |
| | § | |
| VOLKSWAGEN GROUP OF AMERICA, INC., | § | **CIVIL ACTION NO. 2:18-CV-00476-JRG** |
| | § | (Member Case) |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Dale Progress Ltd.'s ("Dale") Unopposed Motion to Dismiss (the "Motion"), wherein Dale asks the Court to dismiss Case No. 2:18-cv-472-JRG with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Dkt. No. 29.) Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Dale's claims against Defendant Mercedes-Benz USA, LLC are **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees, costs, and expenses. The Clerk is directed to **CLOSE** Case No. 2:18-cv-472-JRG.

**So ORDERED and SIGNED this 18th day of March, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE